UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:26–cv–03549–MWF–KS          Date          April 28, 2026

Title          LAMORSE COMPTON V. RESURGENT CAPITAL SERVICES L.P. ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                    Not Reported;
Courtroom Deputy                            Court Reporter

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
None Present                                     None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed , the Court sets a hearing on Order To Show Cause Re Dismissal for June 29, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  rs