JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMORSE COMPTON,<br><br>          Plaintiff,<br><br>    v.<br><br>RESURGENT CAPITAL SERVICES,<br>L.P., et al.,<br><br>          Defendants. | Case No. CV 26-3549-MWF(KSx)<br><br>ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |

The Court has considered the parties' Stipulation to Dismiss with Prejudice. (Docket No. 19).  For good cause shown, the Stipulation is GRANTED.  The Court ORDERS this action DISMISSED with prejudice in its entirety.  Each party will bear his or its own attorney's fees and costs.

IT IS SO ORDERED.


Dated: June 2, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge

-1-